IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILIDOR RX SERVICES LLC, et al.,**  :<br>  :<br>**Plaintiffs,**  :<br>  :<br>v.  :<br>  :<br>**POLSINELLI PC, et al.,**  :<br>  :<br>**Defendant.**  :<br>  :<br>  : | **CIVIL ACTION**<br><br>**NO. 20-5518** |

### ORDER

**AND NOW**, this ___5th___ day of August 2021, upon consideration of Defendants' Motion to Dismiss (ECF 12) and Plaintiffs' Response in Opposition (ECF 18), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **GRANTED IN PART**.

1. The Motion is **GRANTED** as to Counts I and II of Plaintiffs' Complaint. These claims are **DISMISSED WITH PREJUDICE**;

2. The Motion is **DENIED** as to Count III, though Jonathan N. Rosen, Esq. is **DISMISSED** as an individual Defendant. Plaintiffs may replead their Complaint to allege facts demonstrating that the statute of limitations do not apply to their legal malpractice claims, and ;

3. The Motion for Leave to File a Reply (ECF 19) is **DENIED AS MOOT**. [1]

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated August 5, 2021.